**AKERMAN LLP**
JOSHUA R. MANDELL (SBN 225269)
joshua.mandell@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

BRIAN P. MILLER (*pro hac vice* pending)
Email: brian.miller@akerman.com
SAMANTHA J. KAVANAUGH (*pro hac vice* forthcoming)
Email: samantha.kavanaugh@akerman.com
MICHAEL O. MENA (*pro hac vice* pending)
Email: michael.mena@akerman.com
98 SE 7th Street, Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

*Attorneys for Defendants*
*OPKO Health, Inc. and Steven Rubin*

**KING & SPALDING LLP**
LISA BUGNI (SBN 323962)
E-mail: lbugni@kslaw.com
101 Second Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 318-1234
Facsimile: (415) 318-1300

**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.**
EDWARD M. SPIRO (*pro hac vice* pending)
espiro@maglaw.com
565 Fifth Avenue
New York, NY 10017
Telephone: (212) 880-9460
Facsimile: (646) 805-1328

*Attorneys for Defendants Phillip Frost*
*and Frost Gamma Investments Trust*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABVAX THERAPEUTICS HOLDINGS, INC., a Delaware corporation, | Case No. 19-CV-0981 BAS BLM<br><br>**DECLARATION OF DR. PHILLIP FROST IN SUPPORT OF MOTION** |

Case No. 19-CV-0981 BAS BLM
**DECLARATION OF DR. PHILLIP FROST IN SUPPORT OF MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

49051236;1

| | |
|---|---|
| Plaintiff, | **TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION** |
| v. | |
| BARRY HONIG, *et al.*, | Removal filed: May 24, 2019 |
| Defendants. | Trial Date: None |

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

Case No. 19-CV-0981 BAS BLM
**DECLARATION OF DR. PHILLIP FROST IN SUPPORT OF MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION**
49051236;1

## DECLARATION OF DR. PHILLIP FROST

Pursuant to 28 U.S.C. § 1746, I, DR. PHILLIP FROST, hereby declare and state as follows:

1. I am over 18 years of age. I am competent and otherwise qualified to execute this Declaration. I have personal knowledge of the statements made herein.
2. I am a resident of Miami Beach, Florida.
3. I have never resided in the state of California.
4. I have never owned any real property in the state of California.
5. I do not maintain any bank accounts in California.
6. I have never had a California driver's license.
7. I have never been registered to vote in the state of California.
8. I do not regularly transact or solicit business in California.
9. Any SEC reports that have been filed on my behalf relating to MabVax were filed with the SEC via the SEC's EDGAR database.
10. I am also the Trustee for Frost Gamma Investments Trust ("FGIT").
11. FGIT's principal place of business is located at 4400 Biscayne Boulevard, Miami, Florida 33137.
12. FGIT is not registered to do business in the state of California.
13. FGIT does not have any offices in the state of California.
14. FGIT does not own any real or personal property in the state of California.
15. FGIT does not have any agents or employees in the state of California.
16. FGIT does not have any bank accounts in the state of California.
17. Any SEC reports that have been filed on behalf of FGIT relating to MabVax were filed with the SEC via the SEC's EDGAR database.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 31 day of May, 2019.

|   |   |
|---|---|
| 1 | _____ |
| 2 | Dr. Phillip Frost |