**AKERMAN LLP**
JOSHUA R. MANDELL (SBN 225269)
joshua.mandell@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

BRIAN P. MILLER (*pro hac vice*)
Email: brian.miller@akerman.com
MICHAEL O. MENA (*pro hac vice*)
Email: michael.mena@akerman.com
98 SE 7th Street, Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

*Attorneys for Defendants*
*OPKO Health, Inc. and Steven Rubin*

**KING & SPALDING LLP**
LISA BUGNI (SBN 323962)
E-mail: lbugni@kslaw.com
101 Second Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 318-1234
Facsimile: (415) 318-1300

**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.**
EDWARD M. SPIRO (*pro hac vice* pending)
espiro@maglaw.com
565 Fifth Avenue
New York, NY 10017
Telephone: (212) 880-9460
Facsimile: (646) 805-1328

*Attorneys for Defendants Phillip Frost*
*and Frost Gamma Investments Trust*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABVAX THERAPEUTICS HOLDINGS, INC., a Delaware corporation,<br><br>Plaintiff, | Case No. 19-CV-0981 BAS BLM<br><br>**DECLARATION OF JOSHUA R. MANDELL IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

| | |
|---|---|
| 1  v. | **COMPLAINT PURSUANT TO FRCP 12(b)(2) AND 12(b)(6)** |
| 2  BARRY HONIG, *et al.*, | |
| 3             Defendants. | Removal filed:     May 24, 2019<br>Remand Motion filed:  June 13, 2019 |
| 4 | Trial Date:        None |
AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# DECLARATION OF JOSHUA MANDELL

I, Joshua R. Mandell, hereby submit the following Declaration in Support of the Reply Memorandum in Support of Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(2) and 12(b)(6) filed by OPKO Health, Inc. ("OPKO"), Steven Rubin ("Rubin"), Phillip Frost ("Dr. Frost"), and Frost Gamma Investments Trust ("FGIT") (collectively, the "OPKO Defendants"):

1. I am an attorney licensed to practice law in the State of California, employed with the law firm of Akerman LLP, and one of the attorneys of record for OPKO and Rubin.

2. I am over 18 years of age and have personal knowledge of the facts and circumstances set forth in this declaration, and if called upon to do so, I could and would competently testify thereto.

3. Attached hereto as Exhibit "1" is a true and correct copy of a press release titled MabVax Therapeutics Announces Closing of Financing (the "Press Release"), filed with the U.S. Securities and Exchange Commission ("SEC") on April 6, 2015, publicly available at:

https://www.sec.gov/Archives/edgar/data/1109196/000119312515119425/d903630dex991.htm

4. The Press Release is referenced in the Declaration of David J. Hansen, filed in support of Plaintiff's opposition to the OPKO Defendants' motion to dismiss. *See* [ECF No. 52-1] at ¶ 5.

5. Attached Hereto as Exhibit "2" is a true and correct copy of the Form 13G filed with the SEC on April 10, 2015 by FGIT and Dr. Frost, publicly available at:

https://www.sec.gov/Archives/edgar/data/898860/000141588915001311/mbvxfrostsc13g_apr32015.htm

///
///
///
///

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of July, 2019.

                                      <u>/s/ Joshua Mandell</u>
                                      JOSHUA R. MANDELL

AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342