|  |  |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Jonathan A. Shapiro (SBN 257199)<br>BAKER BOTTS L.L.P.<br>101 California Street, Suite 3600<br>San Francisco, CA 94111<br>TELEPHONE NO.: (415) 291-6200  FAX NO. *(Optional)*: (415) 291-6300<br>E–MAIL ADDRESS *(Optional)*: jonathan.shapiro@bakerbotts.com<br>ATTORNEY FOR *(Name)*: MabVax Therapeutics Holdings, Inc. v. Barry Honig, et al. | **POS-010**<br><br>FOR COURT USE ONLY<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>**05/17/2019** at 10:56:00 AM<br><br>Clerk of the Superior Court<br>By E- Filing,Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br>STREET ADDRESS: 330 West Broadway<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego CA 92101<br>BRANCH NAME: Central Division | |
| PLAINTIFF/PETITIONER: MabVax Therapeutics Holdings, Inc.<br>DEFENDANT/RESPONDENT: Barry Honig, et al. | CASE NUMBER:<br>37-2019-00018398-CU-SL-CTL |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✔ summons
   b. ✔ complaint
   c. ✔ Alternative Dispute Resolution (ADR) package
   d. ✔ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✔ other *(specify documents)*: Stipulation to Use ADR; Notice of Case Assignment and CMC
3. a. Party served *(specify name of party as shown on documents served)*:
   Alpha Capital Anstalt

   b. ✔ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   c/o Lh Financial Services Corp
4. Address where the party was served:
   510 Madison Avenue, Suite 1400, New York, NY 10022
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:  (2) at *(time)*:
   b. ☐ **by substituted service.** On *(date)*:  at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:  from *(city)*:  **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: MabVax Therapeutics Holdings, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Barry Honig, et al. | 37-2019-00018398-CU-SL-CTL |

5. c. [✔] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):* April 30, 2019  (2) from *(city):* San Francisco
   
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)
   
   (4) [✔] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [✔] On behalf of *(specify):* Alpha Capital Anstalt
      under the following Code of Civil Procedure section:
      
      [✔] 416.10 (corporation)    [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)    [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)    [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)    [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)    [ ] 415.46 (occupant)
      [ ] other:

7. **Person who served papers**
   a. Name: Mary Ann Rubalcaba
   b. Address: Baker Botts L.L.P., 101 California Street, Suite 3600, San Francisco, CA 94111
   c. Telephone number: (415) 291-6200
   d. **The fee** for service was: $ 0.00
   e. I am:
      (1) [✔] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         (i) [ ] owner  [ ] employee  [ ] independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [✔] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: May 15, 2019

Mary Ann Rubalcaba
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*[signature: Mary Ann Rubalcaba]*
(SIGNATURE)

POS-010 [Rev. January 1, 2007]    **PROOF OF SERVICE OF SUMMONS**    Page 2 of 2

# USPS Tracking®

Tracking

Track Another Package +

**Tracking Number:** 70143490000039391386

Your item was delivered to the front desk, reception area, or mail room at 4:02 pm on May 7, 2019 in NEW YORK, NY 10022.

**Status**

✓ **Delivered**

May 7, 2019 at 4:02 pm
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10022

Get Updates ⌄

Delivered



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Postage $ 2.20
Certified Fee 3.50
Return Receipt Fee (Endorsement Required) 2.80
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $8.50   4-30-19

Sent To: Alpha Capital Anstalt
C/O Lh Financial Services Corp
Street & Apt. No., or PO Box No.: 510 Madison Ave Ste 1400
City, State, ZIP+4: New York, NY 10022

PS Form 3800, July 2014

7014 3490 0000 3939 1386